UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:17-cr-00241-JMS-DML |
| ) | |
| ) | |
| ZIAD I. KHADER, ) | -01 |
| ) | |
| Defendant. ) | |

**NOTICE OF NON-REDACTION OF TRANSCRIPT**

Comes now the United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Cindy J. Cho, Assistant United States Attorney, and pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure and Southern District of Indiana Rule 80-2, hereby notifies the Court that pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure and Southern District of Indiana Rule 80-2, it has reviewed the transcript of the Video Motions Hearing as to Ziad I. Khader held on September 22, 2020 (Docket No. 173).

The United States hereby notifies this Court that there are no personal identifiers that should be redacted prior to the electronic filing of the official transcript.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:   *s/Cindy J. Cho*
Cindy J. Cho
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

      I certify that on October 15, 2020, a copy of the foregoing was filed electronically. Any parties appearing in this case may access this filing through the Court's system.

                                        By:    *s/Cindy J. Cho*
                                                      Cindy J. Cho
                                                      Assistant United States Attorney
                                                      United States Attorney's Office
                                                      Southern District of Indiana
                                                      10 W. Market St., Suite 2100
                                                      Indianapolis, Indiana 46204
                                                      (317) 226-6333
                                                      (317) 226-6125 [Fax]
                                                      cindy.cho@usdoj.gov