UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CAUSE NO. 1:17-cr-241-JMS-DML |
| ) | |
| ZIAD I. KHADER, ) | -01 |
| NEIL H. PATEL, and ) | -02 |
| NIKHIL H. PATEL, ) | -03 |
| ) | |
| Defendants. ) | |

## NOTICE OF EXPIRATION

The United States of America, by counsel, John E. Childress, Acting United States Attorney for the Southern District of Indiana, and Cindy J. Cho, Assistant United States Attorney, now provides notice that the Deferred Prosecution Agreements for Neil H. Patel, Dkt. 96; for Nikhil H. Patel, Dkt. 97; and for Ziad Khader, Dkt. 188, are hereby expired. This expiration is consistent with the terms set forth in each of the agreements.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

Date:  5/19/2021          By:   s/ Cindy J. Cho
Cindy J. Cho
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048
Telephone: 317-226-6333
Email: Cindy.Cho@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:     s/    Cindy J. Cho
Cindy J. Cho
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
Cindy.Cho@usdoj.gov